Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: sempers@ballardspahr.com

*Attorneys for U.S. Bank N.A., Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank N.A., as Trustee for Holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS SUCCESOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK N.A., AS TRUSTEE FOR HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE3,<br><br>    Plaintiff,<br><br>v.<br><br>AZURE ESTATES OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; 421 WEST AZURE TRUST; JANE DOE, TRUSTEE OF 421 WEST AZURE TRUST, JOHN DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10, inclusive<br><br>    Defendant. | Case No.   2:16-cv-00317-GMN-NJK<br><br><br>**PROPOSED BRIEFING SCHEDULE** |

Plaintiff U.S. Bank N.A., Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank N.A., as Trustee for Holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3 ("U.S. Bank"), and Defendant Azure Estates Owners Association, Inc. (the "HOA") (collectively, "the parties") by and through their counsel of record, hereby stipulate and agree as follows:

DMWEST #12046420 v1

1. On April 1, 2016, the HOA filed a Motion to Dismiss or, in the Alternative, for Summary Judgment. [Dkt No. 11]

2. Under the local rules of this Court, U.S. Bank's opposition is due on April 18, 2016. *See* Fed R. Civ. P. 6(d); D. Nev. LR 7-2(b).

3. The parties further agree to the following proposed briefing schedule:

    a. U.S. Bank's response to the Motion is due May 13, 2016; and

    b. The HOA's reply in support of the Motion is due June 3, 2016.

4. This Stipulation is made in good faith in an effort to save time, money and expense on the part of the parties, as well to save judicial resources of this Court.

IT IS SO STIPULATED this __th day of April, 2016.

| LIPSON, NIELSON, COLE, SELTZER & GARIN, P.C. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Joseph P. Garin<br>Joseph P. Garin (SBN 6653)<br>David A. Clark (SBN 4443)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant Azure Estates Owners Association, Inc.* | By: /s/ Sylvia O. Semper<br>Abran E. Vigil (SBN 7548)<br>Sylvia O. Semper (SBN 12863)<br>100 N. City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>*Attorneys for U.S. Bank N.A., Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank N.A., as Trustee for Holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3* |

IT IS SO ORDERED:

_____
United States District Judge
Dated: April 21, 2016