SUBT
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
AYON LAW, PLLC
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Defendant, 421 West Azure Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS SUCCESOR TRUSTEE TO BANK OF NEVADA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK N.A., AS TRUSTEE FOR HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE3,<br><br>Plaintiff,<br>vs.<br><br>AZURE ESTATES OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; 421 WEST AZURE TRUST; JANE DOE; TRUSTEE OF 421 WEST AZURE TRUST, JOHN DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00317-GMN-NJK<br><br>**SUBSTITUTION OF ATTORNEYS** |

LUIS A. AYON, ESQ., of AYON LAW, PLLC, is hereby substituted in as the attorneys for Defendant, 421 West Azure Trust, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
Client

We hereby accept the above and foregoing substitution as attorneys for Defendant, 421 West Azure Trust.

DATED this 12 day of May, 2017.

AYON LAW, PLLC

_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this 12 day of May, 2017.

MAIER GUTIERREZ & ASSOCIATES

_____
JASON R MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148

IT IS SO ORDERED.
Dated: May 24, 2017

_____
United States Magistrate Judge