Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for U.S. Bank N.A., Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank N.A., as Trustee for Holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO LASALLE BANK N.A., AS TRUSTEE FOR HOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE3, <br><br> Plaintiff, <br><br> vs. <br><br> AZURE ESTATES OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; 421 WEST AZURE TRUST; JANE DOE, TRUSTEE OF 421 WEST AZURE TRUST, JOHN DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10, inclusive <br><br> Defendants. | CASE NO. 2:16-cv-00317-GMN-NJK <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff, U.S. Bank N.A., Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank N.A., as Trustee for Holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3 ("Trustee"); Defendant Azure Estates Owners Association, Inc. ("HOA"); and Defendant 421 West Azure Trust

("Purchaser") (collectively, the "Parties"), by and through counsel of record, hereby stipulate as follows:

1. This action concerns title to real property commonly known as 421 W. Azure Ave., North Las Vegas, Nevada ("Property") following a homeowner's association foreclosure sale conducted on March 7, 2012, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20061219-0004888 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that all claims between them shall be DISMISSED with prejudice;

4. The Parties further stipulate and agree that the $500 in security costs posted by the Trustee on June 29, 2016 pursuant to this Court's Order [ECF No. 30] shall be discharged and released to the Ballard Spahr LLP Trust Account;

5. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20160503-0002336, be, and the same hereby is, EXPUNGED;

6. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder; and

(*Remainder of Page Intentionally Left Blank*)

DMWEST #36782990 v1

7. Each party in this case number 2:16-cv-00317-GMN-NJK shall bear its own attorneys' fees and costs.

DATED: March ____, 2019

| BALLARD SPAHR LLP | LIPSON NIELSON P.C. |
|---|---|
| By:/s/ Justin A. Shiroff<br>    Abran E. Vigil, Esq.<br>    Nevada Bar No. 7548<br>    Justin Shiroff, Esq.<br>    Nevada Bar No. 12869<br>    1980 Festival Plaza Drive<br>    Suite 900<br>    Las Vegas, Nevada 89135 | By:/s/ Julie Funai<br>    Joseph P. Garin<br>    Nevada Bar No. 6653<br>    Julie Funai<br>    Nevada Bar No. 8725<br>    9900 Covington Cross Drive<br>    Suite 120<br>    Las Vegas, NV 89144 |
| *Attorneys for U.S. Bank N.A., Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank N.A., as Trustee for Holders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3* | *Attorneys for Defendant Azure Estates Owners Association* |

AYON LAW PLLC

By: /s/ Luis A. Ayon
    Luis A. Ayon
    Nevada Bar No. 9752
    8816 Spanish Ridge Avenue
    Suite 115
    Las Vegas, Nevada 89148

*Attorneys for Defendant 421 West Azure Trust*

IT IS SO ORDERED.
IT IS FURTHER ORDERED that the status conference set for Friday, March 29 2019, at 8:00 a.m. is VACATED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2019

3

DMWEST #36782990 v1